MARKS, GOLIA & PINTO, LLP
DAVIDE GOLIA (118464)
2240 Fifth Avenue
San Diego, California  92101
Telephone:  (619) 202-0175
Facsimile:  (619) 795-2730
E-mail:  dave@marksgolia.com
E-mail:  sara@marksgolia.com

Attorney for Defendant and Counterclaimant
          T.B. PENICK & SONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC. a/k/a SUNBELT RENTALS – REGION 8<br><br>Plaintiff,<br><br>v.<br><br>T.B. PENICK AND SONS, INC., WP WEST BUILDERS CALIFORNIA L.P., and RLI INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 4:20-cv-04039-YGR<br><br>JUDGE:    Hon. Yvonne Gonzalez Rogers<br><br>**T.B. PENICK & SONS, INC.'S COUNTERCLAIM AGAINST SUNBELT RENTALS, INC. a/k/a SUNBELT RENTALS – REGION 8 FOR BREACH OF CONTRACT**<br><br>Complaint Filed:        June 17, 2020<br>Amended Complaint Filed:   July 21, 2020<br><br>**[DEMAND FOR JURY TRIAL]** |
| T.B. PENICK AND SONS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SUNBELT RENTALS, INC. a/k/a SUNBELT RENTALS – REGION 8, a North Carolina corporation,<br><br>Counter-Defendant. | |

T.B. PENICK & SONS, INC.'S COUNTERCLAIM FOR BREACH OF CONTRACT –
CASE NO.:  4:20-cv-04039-YGR

Defendant and Counterclaimant T.B. Penick & Sons, Inc. ("Penick") files this counterclaim against Sunbelt Rentals, Inc. a/k/a Sunbelt Rentals – Region 8, as follows:

## PARTIES

1.       Penick is, and at all relevant times was, a corporation duly organized and existing under and by virtue of the laws of the State of California, and licensed by the State of California to perform the work described below.

2.       Penick is informed and believes plaintiff and counter-defendant Sunbelt Rentals, Inc. a/k/a Sunbelt Rentals – Region 8 ("Sunbelt") is, and at all relevant times was, a corporation duly organized and existing under and by virtue of the laws of the State of North Carolina, doing business in California, with its principal place of business in South Carolina.

## JURISDICTION AND VENUE

3.       Jurisdiction is proper under 28 U.S.C. § 1367 as to Penick's counterclaim as it is a compulsory counterclaim arising out of the same transaction or occurrence as alleged in the Amended Complaint, and does not require adding another party over whom the court cannot obtain jurisdiction.

4.       Venue is proper under 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to these counterclaims occurred, the Project at issue is situated, and the contracts at issue were executed and/or performed, in this judicial district.

## FACTUAL BACKGROUND

5.       This action arises out of a private work of improvement known as Alta Potrero Hill ("Project"), located at 1301 16th Street, San Francisco, California, and associated with Assessor's Parcel Number 3954-016 ("Property").

6.       Wood, as Project owner, and Penick, as contractor, entered into a contract on or about December 5, 2017, in connection with the Project ("Construction Contract"), a true and correct copy of which is attached as Exhibit 1 to this pleading and incorporated herein by reference.

/ / / /

/ / / /

/ / / /

2

7.     On or about October 10, 2019, Sunbelt, as subcontractor, and Penick, as general contractor, entered into a subcontract pursuant to the Construction Contract, for the provision of, among other things, services related to dehumidification ("Subcontract").  A true and correct copy of the Subcontract is attached as Exhibit 1 to this counterclaim and incorporated herein by reference.

## FIRST COUNTERCLAIM FOR RELIEF

(Breach of Contract – Against Sunbelt)

8.     Penick realleges and incorporates by reference paragraphs 1 through 7, above, as though set forth in full at this point.

9.     Penick performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the Subcontract, or was excused from performance.

10.     Within the last four years, Sunbelt breached the Subcontract by, among other things, failing to properly invoice pursuant to the terms and the Subcontract, and failing to return overpayments on work performed under the Subcontract.

11.     As a direct and proximate result of Sunbelt's breach of the Subcontract, Penick has been damaged in a sum not yet fully ascertained and subject to proof but approximately $106,700, together with interest at the maximum legal rate from dates according to proof.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

T.B. PENICK & SONS, INC.'S COUNTERCLAIM FOR BREACH OF CONTRACT – CASE NO.:  4:20-cv-04039-YGR

**PRAYER FOR RELIEF**

Accordingly, Counterclaimant T.B. Penick & Sons, Inc. requests entry of judgment as follows:

<u>ON ALL CAUSES OF ACTION</u>:

1.   For damages in an amount subject to proof, but approximately $106,700,

2.   For prejudgment interest on all sums at the maximum rates and from dates according to proof;

3.   For costs of suit; and

4.   For such other relief the Court deems just.

DATED:   October 14, 2020            **MARKS, GOLIA & PINTO, LLP**


                              By:     /s/____Davide Golia_____
                                      DAVIDE GOLIA
                                      Attorneys for Defendant and Counterclaimant,
                                      T.B. PENICK & SONS, INC.


**DEMAND FOR JURY TRIAL**

Defendant and Counterclaimant T.B. Penick & Sons, Inc. hereby demands a trial by jury.

DATED:   October 14, 2020            **MARKS, GOLIA & PINTO, LLP**


                              By:     /s/__Davide Golia_____
                                      DAVIDE GOLIA
                                      Attorney for Defendant and Counterclaimant,
                                      T.B. PENICK & SONS, INC.

4