United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SUNBELT RENTALS, INC. A/K/A SUNBELT RENTALS – REGION 8,**<br><br>      Plaintiff,<br><br>   vs.<br><br>**T.B. PENICK AND SONS, INC., ET AL.,**<br><br>      Defendants.<br><br>**T.B. PENICK AND SONS, INC.,**<br><br>      Cross-Claimant,<br><br>   vs.<br><br>**WP WEST BUILDERS CALIFORNIA L.P., ET AL.,**<br><br>      Cross-Defendants. | Case No.: 20-CV-4039 YGR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CROSS-DEFENDANT WOOD REAL ESTATE INVESTORS, LLC, WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 80 |

Having reviewed the Stipulation entered into by Penick, RLI, WP West, Wood Real Estate and Alta Potrero, and good cause appearing, **IT IS HEREBY ORDERED** that:

1.   Penick's cross-claims against Wood Real Estate be **DISMISSED WITHOUT PREJUDICE**;

2.   The hearing scheduled on March 2, 2021 at 2:00 p.m. for Wood Real Estate's Motion to Dismiss be **VACATED**;

3.   Wood Real Estate be **DISMISSED** from this action **WITHOUT PREJUDICE**; and

4.   Each Party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 8, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**