1  **BUTLER SNOW LLP**
   TARA L. BLAKE (314471)
2  The Pinnacle at Symphony Place
   150 3rd Avenue South, Suite 1600
3  Nashville, Tennessee 37201
   Telephone:  (615) 651-6700
4  Facsimile:   (615) 651-6701
   E-mail:  Tara.Blake@butlersnow.com
5
   Attorney for Plaintiff and Counter-Defendant
6          SUNBELT RENTALS, INC.

7  **MARKS, GOLIA & PINTO, LLP**
   DAVIDE GOLIA (118464)
8  SARA E. MILLER (323281)
   2240 Fifth Avenue
9  San Diego, California  92101
   Telephone:  (619) 202-0175
10 Facsimile:  (619) 795-2730
   E-mail:  dave@marksgolia.com
11 E-mail:  sara@marksgolia.com

12 Attorneys for Defendant and Counterclaimant
           T.B. PENICK & SONS, INC.
13
   **ALSTON & BIRD LLP**
14 J. ANDREW HOWARD (268269)
   JAMIE N. FURST (301508)
15 333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
16 Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
17
   Attorneys for Defendant WP WEST BUILDERS
18         CALIFORNIA, L.P. and Defendant RLI
           INSURANCE COMPANY
19
                    UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA

21

22 SUNBELT RENTALS, INC., a/k/a            Case Number: 4:20-cv-04039-YGR
   SUNBELT RENTALS – REGION 8,
23                                         **[PROPOSED] ORDER GRANTING
                              Plaintiff,   STIPULATION OF DISMISSAL WITH
24                                         PREJUDICE**
         v.
25
   T.B. PENICK AND SONS, INC., WP WEST
26 BUILDERS CALIFORNIA L.P., and RLI       [Filed concurrently with Stipulation of
   INSURANCE COMPANY,                      Dismissal With Prejudice]
27
                              Defendants.
28

Before the Court is the stipulation to dismiss this action with prejudice filed by the Parties. The Parties have notified the Court of settlement of all claims between them and seek dismissal of the action.

**IT IS HEREBY ORDERED that** this action is **DISMISSED WITH PREJUDICE.**

**Dated:** April 26, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**